THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DANIELLE VARNER, a minor, by and through
her father and next friend, MICHAEL VARNER

      Plaintiff,

v.                                Civil Action No. 3:21-cv-290

YAMAHA MOTOR CO., LTD., and
YAMAHA MOTOR CORPORATION, U.S.A.,

      Defendants

## STIPULATION OF DISMISSAL

The Parties to this action stipulate that, pursuant to this Court's Order (ECF 53) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned case should be dismissed with prejudice against all Defendants, with each party to bear its own costs.

In accordance with this stipulated agreement, Plaintiff and Defendants move the Court to dismiss this action with prejudice and terminate this action from the docket of this Court.

Respectfully submitted on December 1, 2021.


/s/ Jeffrey N. Stedman

Elliott M. Buckner, Esq. (V.S.B. #45227)
M. Scott Bucci, Esq. (V.S.B. #42636)
Jeffrey N. Stedman, Esq. (V.S.B. #84496)
Breit Cantor Grana Buckner, PLLC
7130 Glen Forest Drive, Suite 400
Richmond, Virginia   23226
Telephone: (804)644-1400
Facsimile: (804)644-9205
ebuckner@breitcantor.com
sbucci@breitcantor.com

jstedman@breitcantor.com

Brian N. Mazzola (admitted *pro hac vice*)
Mazzola Law Firm, PLLC
505 W. Lucas Drive
Beaumont, TX 77706
Telephone: (409) 898-0690
Facsimile: (409) 283-7970
bmazzola@mazzolalawfirm.com
***Counsel for Plaintiff***


/s/ Christopher C. Spencer

Christopher C. Spencer
Direct: (804) 285-5220
cspencer@spencerllp.com
SPENCER LLP
6802 Paragon Place
Suite 230
Richmond, VA 23230
Fax: (804) 285-5210

Richard A. Mueller *(pro hac vice)*
Direct: (314) 552-6084
rmueller@thompsoncoburn.com
Heather F. Counts *(pro hac vice)*
Direct: (314) 552-6551
hcounts@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6084
Fax: (314) 552-7000
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, the 1st day of December 2021, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey N. Stedman